Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV  89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gerald Alesia, | Case No. 2:26-cv-000434-EJY |
| Plaintiff, | |
| v. | **EXPERIAN INFORMATION SOLUTIONS, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT** |
| Experian Information Solutions, Inc., Trans Union, LLC, Equifax Information Services, LLC, and WebBank d/b/a Fingerhut. | **[FIRST REQUEST]** |
| Defendants. | Complaint filed: 2/18/2026 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, hereby submits this Unopposed Motion to Extend Time to Answer Complaint.

Plaintiff filed his Complaint on February 18, 2026, (ECF No. 1) and currently Experian's responsive pleading is due March 16, 2026.  Experian has just retained undersigned counsel. This first extension will allow Experian an opportunity to investigate the facts of the case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly. Experian respectfully requests a 30-day extension to file its responsive pleading or until April 15, 2026. Plaintiff's counsel has stated he does not oppose this request.

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

Dated: March 13, 2026

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
    Jennifer L. Braster
    Nevada Bar No. 9982
    10100 W. Charleston Blvd., Suite 120
    Las Vegas, NV 89135

*Attorneys for Experian Information Solutions, Inc.*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: March 16, 2026

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2