HALL & EVANS, LLC
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
(702) 998-1022
bondsk@hallevans.com
nvefile@hallevans.com

*Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GERALD ALESIA,<br><br>                      Plaintiff,<br><br>v.<br><br>WEBBANK d/b/a Fingerhut, EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>                  Defendants. | Case No.: 2:26-cv-00434-EJY<br><br>**DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Trans Union, LLC ("Trans Union") hereby files its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion") and in support states:

1.    Trans Union's responsive pleading is due on March 18, 2026.

2.    Plaintiff and Trans Union are actively engaged in case-resolution negotiations, including additional factual research to assist with their informal resolution discussions.

3.    Plaintiff does not oppose an extension of Trans Union's time to Answer the Complaint so that the parties may devote their energies to resolving this matter. Trans Union

KRB/20018-48

files this Motion consistent with its agreement with Plaintiff and further files this Motion respectfully requesting the Court for an extension of time to file its responsive pleading for 21 days, to April 8, 2026.

4.      The Motion is not for delay.

5.      This is Trans Union's first extension of time, and the requested extension does not prejudice the parties.

6.      For the foregoing reasons, Trans Union requests that the Court issue an order extending the date, to April 8, 2026, on which Trans Union must answer or otherwise respond to Plaintiff's Complaint.

DATED this 16th day of March, 2026.

Respectfully submitted,

**HALL & EVANS, LLC**

/s/*Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
(702) 998-1022
bondsk@hallevans.com
nvefile@hallevans.com

*Counsel for Defendant Trans Union, LLC*

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Date:  March 16, 2026

KRB/20018-48