GIA N. MARINA, ESQ.
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALD ALESIA, | ) Case No. 2:26-cv-00434-EJY |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **JOINT MOTION FOR EXTENSION OF** |
| | ) **TIME FOR DEFENDANT EQUIFAX** |
| EQUIFAX INFORMATION SERVICES, LLC, | ) **INFORMATION SERVICES LLC TO** |
| EXPERIAN INFORMATION SOLUTIONS, | ) **FILE ANSWER** |
| INC., TRANS UNION LLC, WEBBANK dba | ) |
| FINGERHUT | ) **FIRST REQUEST** |
| | ) |
| Defendants. | ) |
| | ) |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the **April 16, 2026**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation

///

///

///

///

is filed in good faith and not intended to cause delay.

Respectfully submitted, this 17th day of March 2026.

CLARK HILL PLLC

**No opposition**

By: /s/Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

/s/Joseph Kanee
Joseph Kanee
Marcus & Zelman, LLC
1508 SW 23rd St
Fort Lauderdale, FL 33315
786-933-2775
Email: joseph@marcuszelman.com

/s/Kevin L. Hernandez
Kevin L. Hernandez
Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue
Suite 101
Las Vegas, NV 89147
702-563-4450
Fax: 702-552-0408
Email: kevin@kevinhernandezlaw.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

United States Magistrate Judge

DATED:   March 17, 2026

- 2 -