Joseph Kanee, Esq.,
MARCUS & ZELMAN, LLC
1508 SW 23rd St
Fort Lauderdale, FL 33315
Tel: (848) 346-4358
Email: joseph@marcuszelman.com
PRO HAC VICE
*Attorney for Plaintiff*
*Gerald Alesia*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **GERALD ALESIA,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**WEBBANK d/b/a FINGERHUT, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,**<br><br>**Defendants.** | **Civil Case Number: 2:26-cv-00434-JCM-EJY** |

### STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

Plaintiff Gerald Alesia and Defendant Trans Union, LLC ("The Parties"), hereby stipulate to the Plaintiff's dismissal all claims against Defendant **TRANS UNION, LLC, <u>only,</u>** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        June 4, 2026

STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

/s/ Joseph Kanee
Joseph Kanee, Esq.
Marcus & Zelman, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
Tel: (848) 346-4358
Email: joseph@marcuszelman.com
*PRO HAC VICE*
*Attorney for Plaintiff*
*Gerald Alesia*

/s/ Kurt R. Bonds
Kurt R. Bonds, Esq.
Hall & Evans, LLC
1160 N. Town Center Dr., Suite 330
Las Vegas, NV 89144
Tel: (702) 998-1022
Email: nvefile@hallevans.com
*Attorney for Defendant*
*Trans Union LLC*

STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

**GERALD ALESIA,**

**Plaintiff,**

-against-

**WEBBANK d/b/a FINGERHUT, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,**

**Defendants.**

**Civil Case Number: 2:26-cv-00434-JCM-EJY**

**DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 4, 2026, Stipulation of Dismissal, all claims asserted against Defendant **TRANS UNION, LLC, only** in Civil Action No. **2:26-cv-00434-JCM-EJY**, are dismissed with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

DATED June 11, 2026.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] DISMISSAL ORDER**