Joseph Kanee, Esq.,
MARCUS & ZELMAN, LLC
1508 SW 23rd St
Fort Lauderdale, FL 33315
Tel: (848) 346-4358
Email: joseph@marcuszelman.com
PRO HAC VICE
*Attorney for Plaintiff*
*Gerald Alesia*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **GERALD ALESIA,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**WEBBANK d/b/a FINGERHUT, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,**<br><br>**Defendants.** | **Civil Case Number: 2:26-cv-00434-JCM-EJY** |

## STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Gerald Alesia and Defendant Experian Information Solutions, Inc. ("The Parties"), hereby stipulate to the Plaintiff's dismissal of all claims against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC., <u>only,</u>** in the above-captioned matter, with prejudice.

- 1 -
STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:          June 18, 2026

/s/ Joseph Kanee                         /s/ Jennifer L. Braster
Joseph Kanee, Esq.                       Jennifer L. Braster, Esq.
Marcus & Zelman, LLC                     Naylor & Braster
1508 SW 23rd Street                      10100 W. Charleston Blvd., Suite 120
Fort Lauderdale, FL 33315                Las Vegas, NV 89135
Tel: (848) 346-4358                      Tel: (702) 420-7000
Email: joseph@marcuszelman.com           Email: jbraster@naylorandbrasterlaw.com
PRO HAC VICE                             *Attorney for Defendant*
*Attorney for Plaintiff*                 *Experian Information Solutions, Inc.*
*Gerald Alesia*

IT IS ORDERED that the Stipulation is GRANTED.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian only.

IT IS SO ORDERED.

Dated ___June 22, 2026___

UNITED STATES DISTRICT JUDGE

- 2 -