Joseph Kanee, Esq.,
MARCUS & ZELMAN, LLC
1508 SW 23rd St
Fort Lauderdale, FL 33315
Tel: (848) 346-4358
Email: joseph@marcuszelman.com
PRO HAC VICE
*Attorney for Plaintiff*
*Gerald Alesia*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **GERALD ALESIA,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**WEBBANK d/b/a FINGERHUT, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,**<br><br>**Defendants.** | **Civil Case Number: 2:26-cv-00434-JCM-EJY** |

**STIPULATION OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff Gerald Alesia and Defendant Equifax Information Services, LLC ("The Parties"), hereby stipulate to the Plaintiff's dismissal of all claims against the Defendant **EQUIFAX INFORMATION SERVICES, LLC,** **only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: September 4, 2026

/s/ Joseph Kanee
Joseph Kanee, Esq.
Marcus & Zelman, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
Tel: (848) 346-4358
Email: joseph@marcuszelman.com
PRO HAC VICE
*Attorney for Plaintiff*
*Gerald Alesia*

/s/ Gia Marina
Gia Marina, Esq.
Clark Hill Plc
1700 South Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Email: gmarina@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services, LLC*

IT IS ORDERED that the Stipulation is GRANTED.

The above-entitled matter is hereby dismissed with prejudice as to the remaining Defendant Equifax Information Services, LLC.

IT IS SO ORDERED.

Dated September 8, 2026.

UNITED STATES DISTRICT JUDGE