Joseph Kanee, Esq.
Admitted Pro Hac Vice
MARCUS & ZELMAN, LLC
1508 SW 23rd St
Fort Lauderdale, FL 33315
Tel: (848) 346-4358
Email: joseph@marcuszelman.com
*Attorney for Plaintiff*
*Gerald Alesia*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **Gerald Alesia,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**Equifax Information Services, LLC and WebBank d/b/a Fingerhut,**<br><br>**Defendants.** | **Civil Case Number: 2:26-cv-00434-JCM-EJY** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO WEBBANK d/b/a FINGERHUT**

Plaintiff Gerald Alesia and Defendant WebBank d/b/a Fingerhut ("The Parties"), hereby stipulate to the Plaintiff's dismissal of all claims against the remaining Defendant **WEBBANK d/b/a FINGERHUT,** in the above-captioned matter, **without prejudice**.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: September 4, 2026

/s/ Joseph Kanee
Joseph Kanee, Esq.
Admitted Pro Hac Vice
Marcus & Zelman, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
Tel: (848) 346-4358
Email: joseph@marcuszelman.com
*Attorney for Plaintiff*
*Gerald Alesia*

/s/ Karie N. Wilson
Karie N. Wilson, Esq.
Messner Reeves LLP
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
(702) 384-7000
Email: kwilson@messner.com
*Attorney for Defendant*
*WebBank d/b/a Fingerhut*

IT IS ORDERED that the Stipulation is GRANTED.

The above-entitled matter is hereby dismissed without prejudice as to Defendant WebBank d/b/a Fingerhut only.

IT IS SO ORDERED.

Dated September 8, 2026.

James C. Mahan
UNITED STATES DISTRICT JUDGE